NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


FLORIDA FIRST FINANCIAL GROUP,  )
INC., individually and as the representative  )
of a class of similarly situated persons,  )
                                           )
             Appellant,  )
                                           )
v.  )         Case No. 2D17-2431
                                           )
BANKERS INSURANCE COMPANY,  )
                                           )
             Appellee.  )
_____)

Opinion filed March 28, 2018.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey, Judge.

Ryan M. Kelly and Jeffrey A. Berman of
Anderson + Wanca, Rolling Meadows,
Illinois; Michael C. Addison of Addison Law
Office, P.A., Tampa; and Phillip A. Bock
and David M. Oppenheim of Bock Hatch
Lewis & Oppenheim, LLC, Chicago, Illinois,
for Appellant.

Ashley R. Kellgren, Scot E. Samis, and
Michael K. Kiernan of Traub Lieberman
Straus & Shrewsberry, LLP, St. Petersburg,
for Appellee.

PER CURIAM.

Affirmed.

CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.